IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

Charles Howard Sr.   Case Number 1:24CV631Q

**PLAINTIFF,**

-VS-   Judge Matthew McFarland

State of Ohio

**DEFEDANT,**   Amended complaint

### Statement of claim first cause of action

1. Now comes Charles Howard Sr. Plaintiff hereby moves this Honorable Court in the first cause of action to order the Clerk of Courts, Ohio State Prosecutors offices of Hamilton County, Hamilton County Job and Family Services, Hamilton County Sheriff's offices and Jillian Lee.
2. On September 24, 2024 one occurrence with 800 Broadway St. Cincinnati, Ohio Hamilton County Domestic Relations Court forcibly detained, restraint, apprehended and arrested with handcuffs and ankle cuffs in 1000 Sycamore St. Cincinnati Ohio 45202 transported from Justice Center to said Court and back to Justice Center by Sheriff's office is the direct and Proximate result to results to Plaintiffs Compensatory Damage Claim.
3. Jillian Lee on/under/with order number 7067973771 of Child Support Enforcment agency made with unethical intentional false statements known as perjury or false statements ,on or around July 1st,2024 in the said court ,Ohio criminal code section 2921.13 (A) (2) (G), whether spoken, writings, or both in litigations concerning debit and imprisonment in a civil proceeding , subsequent Common Plea Case number 21-CRB20257 and Domestic Relation case DV2101262 of November 12, 2021 and the unethical Termination of Plaintiff's Parenting time schedule after investigations around March of 2023 is the exact and proximate result of Compensatory damage claim.

4. Child Support Enforcment agency act with Hamilton County Prosecutors office during, and after the Pandemic recession, and Economic recession insurrections in this state economic loss earning capacity viability of practical success impacts unethical discrimination against Plaintiffs ancestral background arrives at compensatory damage claim regarding CSEA order numbers 705147485, 709977091, 7067973771 and 707088714 this is the exact and proximate result of punitive damage claim.
5. Plaintiff incorporate here in second cause of action jury demand claim.
6. Barred in the manner of statue United States 4th Federal Amendment the unethical search and seizure of property and protection of rights to be secure of privacy, persons, houses, papers, and effects, On November 14, 2021 Hamilton County JFS unethically removed Minor children Charles Howard Jr. And Ace Howard from home of Plaintiff at 1101 Meadowind Ct. Cininnati Ohio 45231.
7. Barred in the manner of statue 13th Federal Amendment 4th clause statement of the constitution is the exact and proximate result of compensatory damage claim.
8. Barred in the manner of statue Article 1 Section 15 of the Ohio Constitution Bill of Rights is the exact and proximate cause of this action against the state of Ohio of compensatory damage claim.
9. For personal injury to Plaintiff's reputation in the community, humiliation, shame, mental and emotional anguish, distress Plaintiffs arrives at both punitive and compensatory damage claims, authorize by title 27 section 2731.11 recovery of damages including title 41 section 4165.03 (A) (1) (2) (B) (C) injunctive relief.
10. All action authorized by title 28 USC 1651 Writ of prohibition ordering a lower court to cease an unethical act to prevent a lower court from interfering with the higher courts determination of case pending an appeal claim.
11. Punitive damage claim arrives at $ 999,999,999.99
12. Compensatory damage claim arrives at $7,067,973,771 extraordinary writs in amount of controversy of complaint on writs of Mandamus Relief Claim.

### CONCLUSION OF LAW

PLAINTIFF PRAYER FOR RESTITUTIONS, RENDER COSTS OF SUIT, MANDAMUS RELEIF AND FUTHER RELEIF THE COURT DEEM PROPER.


This notice is served to all parties in this case, as determined by parties listing in the Appearance Docket appointed for this case. Please bring this with you to any hearings scheduled in the future.

3 of 3

I certify that a copy of the forgoing was served by U.S. regular mail 16th of December upon: Sheriff Office Hamilton County Justice Center 1000 Sycamore St, Cincinnati Ohio 45202, Hamilton County Prosecutors Office 230 E Ninth St., suite 4000 Cincinnati Ohio 45202, Hamilton County Job and Family Services 222 E Central Parkway Cincinnati Ohio 45202, 1540 Vinton St Cincinnati 45205.

<u>Charles M. Howard Sr.</u>

<u>3126 Daytona Ave</u>

<u>Cincinnati, Ohio. 45211</u>