# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION – CINCINNATI

CHARLES M. HOWARD, SR.,   :  Case No. 1:24-cv-631

     :

   Plaintiff,    :  Judge Matthew W. McFarland

     :

vs.      :

     :

HAMILTON COUNTY JOB   :

AND FAMILY SERVICES, et al.,  :

     :

   Defendants.   :

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS (DOC. 4)

---

The Court has reviewed the Report and Recommendations of United States Magistrate Stephanie K. Bowman (Doc. 4), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and, noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, Plaintiff's case is **DISMISSED WITH PREJUDICE.**

   **IT IS SO ORDERED.**

       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF OHIO

      By: _____
       JUDGE MATTHEW W. McFARLAND