IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| CHARLES M. HOWARD, SR., | : | Case No. 1:24-cv-631 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| HAMILTON COUNTY JOB AND FAMILY SERVICES, et al., | : | |
| Defendants. | : | |

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED** that Plaintiff's case is dismissed with prejudice.

Dated:  February 21, 2025.                             Richard W. Nagel, Clerk of Court
                                                                          By: */s/ Kellie A. Fields*
                                                                                  Deputy Clerk